**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-01160-LTB

KILTIE CORPORATION,

      Plaintiff,

v.

VALLEY BLOCK COMPANY,

      Defendant.
_____

**ORDER**
_____

Upon Plaintiff's Request for Entry of Default and Judgment by the Clerk (Doc 5 - filed June 15, 2010), the Clerk's Entry of Default (Doc 10 - filed June 17, 2010), review of the Declaration of Royee Vlodaver in Support of Request for Judgment (Doc 6), and review of the file herein, it is

ORDERED the Clerk shall enter judgment against Defendant Valley Block Company and in favor of Kiltie Corporation on Counts I, II, and III of the Complaint for the unpaid balance of $90,518.44 plus prejudgment interest of $36,907.71, and for $1,000.60 in costs and $5,876.00 in attorneys' fees.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   June 18, 2010